■ In the Matter of ROBERT A. LAWRENCE, Petitioner, v ERNEST EDWARDS, as Superintendent of the Otisville Correctional Facility, et al., Respondents. [690 NYS2d 69] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent Superintendent of the Otisville Correctional Facility dated February 29, 1997, which confirmed a decision of a Hearing Officer, made after a hearing, finding the petitioner guilty, *inter alia,* of refusing to follow a direct order, and imposed a penalty.

Adjudged that the determination is confirmed, without costs or disbursements, the petition is denied, and the proceeding is dismissed on the merits.

Contrary to the petitioner's contention, the misbehavior report provided substantial evidence to support the determination finding him guilty of refusing to follow a direct order and making a false statement (*see, Matter of Foster v Coughlin,* 76 NY2d 964; *People ex rel. Vega v Smith,* 66 NY2d 130). To the extent that the petitioner and the inmate witnesses disputed the statements of the correction officers in the misbehavior report, this presented an issue of credibility which was in the Hearing Officer's discretion to resolve (*see, Matter of Perez v Wilmot,* 67 NY2d 615, 617; *Matter of Vargas v Strack,* 220 AD2d 675).

The petitioner's remaining contentions are without merit. S. Miller, J. P., O'Brien, Ritter and Santucci, JJ., concur.